AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

SEAN WILLIAMS )
)
*Plaintiff* )
v. ) Civil Action No. 10 CIV 8584
CITY OF NEW YORK, et. al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION   Judge McMahon

To: *(Defendant's name and address)*
JAMES GALLAGHER (Shield No. 2358)
c/o NYPD Narcotics Division
One Police Plaza - Room 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LEVENTHAL & KLEIN, LLP
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT     RUBY J. KRAJICK

Date: NOV 1 2 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* James Gallagher (Shield # 2358)
was received by me on *(date)* 1/24/11.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on "John" DeLeon, who is the co-worker of James Gallagher on 1/28/11 at 2pm.

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/31/11

*Server's signature*

Anderson Chan- Process Server - 1220482
*Printed name and title*

315 Broadway New York NY 10007
*Server's address*

Additional information regarding attempted service, etc: